Yana A. Hart, Esq. (SBN: 306499)
yhart@clarksonlawfirm.com
**CLARKSON LAW FIRM PC**
9255 Sunset Blvd, Suite 804
Los Angeles, CA 90069
Telephone: (213) 788-4050

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Andeola, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Classified Advertising Ventures d/b/a Seller Networks,<br><br>Defendant. | Case No. 2:20-CV-01607-JAM-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Plaintiff Donna Andeola hereby moves to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Therefore, the Court may proceed to dismiss the above captioned action without prejudice and without an Order of the Court.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action without prejudice.

**CLARKSON LAW FIRM PC**

Date: April 13, 2021

By: *s/ Yana A. Hart*
Yana A. Hart, Esq.
*Attorney for Plaintiff*